UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:

JM FITNESS, LLC.            Case No. 20-13257-SMG

Debtor-in-Possession,
_____/

**DEBTOR-IN-POSSESSION'S APPLICATION FOR
EMPLOYMENT OF COMPASS CPAs & ADVISORS LLC
AS ACCOUNTANTS FOR DEBTOR *NUNC PRO TUNC* TO MARCH 10, 2020**

JM FITNESS, LLC (the "Debtor"), by and through undersigned counsel, pursuant to 11 U.S.C. §327(a), Federal Rule of Bankruptcy Procedure 2014, and Local Rules 2014-1(A) and 9013-1(C)(3), hereby files this *Application to Employ Compass CPAs & Advisors LLC as Accountants for Debtor Nunc Pro Tunc to March 10, 2020* (the "Application"). In support of the Application, the Debtor relies upon the Affidavit of Steven M. Samuels, CPA, as proposed accountant, and respectfully states as follows:

A. **Jurisdiction**

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. §157(b)(2).

2. The statutory predicates for the relief requested herein are §§ 105(a) and 327(a) of the Bankruptcy Code.

B. **Background**

3. On March 10, 2020, the Debtor filed a voluntary petition for relief under Chapter 11.

4. Pursuant to 11 U.S.C. §§ 1107(a) and 1108, the Debtor is managing its affairs as the Debtor-in-Possession.

### C. Relief Requested and Basis Therefore

5. The Debtor desires to employ Compass CPAs & Advisors LLC as accountants (the "Accountant") for the purpose of assisting the Debtor with accounting, financial statements, budgets, projection, cash flows, tax returns, as more fully outlined in the attached Engagement Letter attached as Exhibit "A" between the Debtor and Compass CPAs &Advisors.

### D. Authority for Relief

6. The Bankruptcy Code allows a debtor, with the Court's approval, to employ one or more professional persons "that do not hold or represent an interest adverse to estate, and that are disinterested persons." 11 U.S.C. §327(a). To the best of the Debtors' knowledge, except as disclosed in the Affidavit of Steven M. Samuels, CPA, attached hereto as Exhibit "B", the Accountant does not have any connection with the creditors or other parties in interest or their respective attorneys. As set forth in the Affidavit of Steven M. Samuels, CPA, to the best knowledge of the Accountant, the Accountant does not represent any interest adverse to the Debtor.

7. As compensation for services rendered and costs incurred, the Accountant estimates the fee to range between $3,000.00 and $4,000.00 as more fully outlined in the attached Engagement Letter.

WHEREFORE, the Debtor respectfully requests the entry of an order (i) approving the Debtor's employment of the Accountant *nunc pro tunc* to March 10, 2020; and (ii) for such other relief as the Court deems just and proper.

DATED: March 23, 2020

DEBTOR:
JM FITNESS, LLC

By: _____
Michael Carnavele
Its: Managing Member

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:

JM FITNESS, LLC.                                    Case No. 20-13257-SMG

   Debtor-in-Possession,
_____/

### AFFIDAVIT OF PROPOSED ACCOUNTANT FOR THE DEBTOR

STATE OF FLORIDA        )
                        ) ss
COUNTY OF Broward       )

Steven Samuels, being duly sworn, says:

1. I am a Certified Public Accountant and I am in good standing with all applicable licenses and certifications.

2. I am a Partner with Compass CPAs & Advisors, LLC (the "Corporation") with offices located at 347 N. New River Drive East, PH 6, Fort Lauderdale FL 33301.

3. Neither I nor the Corporation hold or represent any interest adverse to the estate, and both the Corporation and I are disinterested person(s) as required by 11 U.S.C. §327(a).

4. I have no connections, other than professional, with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the U.S. Trustee, or any person employed in the Office of the United States Trustee, as required by Fed. R. Bankr. P. 2014.

5. Except for the continuing representation of the Debtor as accountant, and as set forth above, neither I, nor the Corporation, has or will accept any fee from any other party or parties in this case, except the debtor in possession.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Steven Samuels

Sworn to and subscribed before me this
18 day of March, 2020.

_____
My Commission Expires:
Notary Public, State of Florida

Personally Known to me  ✓  or
Produced _Licence_ as identification.

JORGE HERNANDEZ
MY COMMISSION # GG 936264
EXPIRES: March 29, 2024
Bonded Thru Notary Public Underwriters

Copies to:
All parties served with application for employment.



**Compass CPAs & Advisors, LLC**
347 N New River Drive East, PH 6, Fort Lauderdale, FL 33301
Phone: 954 882 8563 • Email: steven@compasscpaadvisors.com

March 18, 2020

JM Fitness LLC ("Client")
Michael and Jillian Carnevale, Managing Members
7067 West Broward Blvd.
Plantation, FL  33317

RE:  Engagement Letter

Dear Michael and Jillian:

Compass CPAs & Advisors, LLC ("Firm") is pleased to provide you with the professional services described below. This letter confirms our understanding of the terms and objectives of our engagement and the nature and limitations of the services we will provide. The engagement between you and our firm will be governed by the terms of this letter.

Scope of Engagement

We will perform the following services:

Phase 1 – QBs, accounting - 2018 & 2019 – Business (JM Fitness LLC)
- Assistance with QBs accounting, clean-up, adjustments, reconciliations, etc., as necessary
- Financial statement assistance – 2018 inception to date
- Assistance with 2020 budgets, projections, cash flows, etc., as needed

Phase 2 – Tax compliance, etc. - 2019 – Business and personal
- Cursory review of 2018 personal and business tax returns filed, for possible amendments required
- Preparation and e-filing of 2019 personal and business income tax returns
- Tax projections and estimated tax payment computations, as applicable

We will not prepare any tax returns, except those identified above without your written authorization to do so. We will prepare your tax returns based upon information and representations you provide to us. We will not audit or otherwise verify the data you submit to us, although we may ask you to clarify certain information. We will prepare the above referenced tax returns solely for filing with the Internal Revenue Service ("IRS") and state and local tax authorities, as applicable. These tax returns are not intended to benefit or influence any third party, either to obtain credit or for any other purpose.

As a result, you agree to indemnify and hold our firm and its partners, principals, shareholders, officers, directors, members, employees, agents or assigns (collectively, "firm," "we," "us," or "our") harmless with

Michael and Jillian Carnevale                                                                                          Compass CPAs & Advisors, LLC

respect to any and all claims arising from the use of these tax returns for any purpose other than filing with the IRS and /or applicable state and local tax authorities, regardless of the nature of the claim, including the negligence of any party.

You agree that you will not and are not entitled to rely on any advice given to you by us unless your request and our response are provided in writing.

Client Responsibilities

We are relying on the accuracy and completeness of both the information and other supporting data you provide in rendering professional services to you.

Documentation

You are responsible for maintaining adequate documentation to substantiate the accuracy and completeness of your tax returns. You should retain all documents that provide evidence and support for reported income, credits, and deductions on your returns as required under applicable tax law and regulations. You are responsible for the adequacy of all information provided in such documents. You represent that you have such documentation and can produce it, if needed, to respond to any audit or inquiry by taxing authorities. You agree to hold us harmless with respect to any additional taxes, penalties, or interest imposed on you by taxing authorities resulting from the disallowance of tax deductions due to inadequate documentation.

Personal expenses

Unless we are otherwise advised, you are responsible for confirming that personal expenses, if any, are segregated from business expenses and expenses such as meals, travel, entertainment, vehicle use, gifts, and related expenses are supported by necessary records required by the IRS and other applicable taxing authorities. At your request, we are available to answer your questions and advise you on the types of supporting records required.

State and local filing obligations

You are responsible for determining your state or local tax filing obligations with any state or local tax authorities, including, but not limited to income, franchise, sales, use, property or unclaimed property taxes. You agree that we have no responsibility to research these obligations or to inform you of them. If upon review of the information you have provided us and other information that comes to our attention, we believe you may have an obligation to file additional tax returns, we will notify you of this responsibility and ask you to contact us. If you ask us to prepare these returns, we will confirm this with you, and you agree to pay for any additional time incurred.

U.S. filing obligations related to foreign investments

It is your responsibility to inform us if you directly or indirectly hold any interest in assets and/or businesses located in a foreign country or have signatory authority in any assets or financial accounts located in a foreign country. The information you provide will be used to calculate any applicable foreign tax credits. We will also use

Michael and Jillian Carnevale                                             Compass CPAs & Advisors, LLC

this data to inform you of any additional filing requirements, which may include FinCEN Form 114 Report of Foreign Bank and Financial Accounts (FBAR). Failure to file required forms can result in the imposition of both civil and criminal penalties, which can be significant. These are not tax returns and their preparation are not within the scope of this engagement. If you ask us to prepare these forms, we will confirm this matter and advise of the additional charges for this service.

As part of your federal income tax return, you are required to report the maximum value of specified foreign financial assets, which include financial accounts with foreign institutions and certain other foreign non-account investment assets that exceed certain thresholds. In some but not all cases, this filing obligation may overlap with your FBAR filing obligations. You are responsible for informing us of all foreign investments so we can properly advise you as to your FBAR and income tax return filing obligations.

Foreign filing obligations

You are responsible for complying with any other country's income reporting and tax filing requirements. We have no responsibility to raise these issues with you. If you have specific questions regarding your tax filing obligations, please contact us to discuss your concerns.

Ultimate responsibility

You have final responsibility for your income tax returns. Check them carefully for accuracy and completeness before you sign them or authorize us to e-file the return(s) on your behalf.

CPA Firm Responsibilities

We will perform our services in accordance with the Statements on Standards for Tax Services issued by the American Institute of Certified Public Accountants.

We will prepare your returns based on your filing status (single, married filing jointly, married filing separately, head of household or qualifying widow[er] with dependent child) as reflected in your income tax returns for last year. If your filing status has changed, you wish to change your filing status, or you have questions about your filing status, please contact us immediately.

Additional filing obligations

If information comes to our attention when preparing your return indicating that you may have additional filing obligations, we will notify you accordingly and schedule a time to discuss these obligations. We will follow up this discussion with a letter or e-mail summarizing the discussion and delineate any additional charges for additional filing obligations.

Bookkeeping assistance

We may deem it necessary to provide you with accounting and bookkeeping assistance solely for the purpose of preparing the income tax returns. We will request your approval before rendering these services. Additional charges will apply to such services.

Errors, fraud, or theft

Page 3 | 7

Locations in
Sunny Isles Beach • Fort Lauderdale • Lake Worth Beach              Initials _____

Michael and Jillian Carnevale                                               Compass CPAs & Advisors, LLC

Our engagement does not include any procedures designed to discover errors, fraud, or theft. Therefore, our engagement cannot be relied upon to disclose such matters.

<u>Tax planning services</u>

Our engagement does not include tax planning services, which are available upon request and will be considered as a separate engagement. During the course of preparing the tax returns identified above, we may bring to your attention certain available tax saving strategies for you to consider as a possible means of reducing your income taxes in subsequent tax years. However, we have no responsibility to do so, and will take no action with respect to any such recommendations, as the responsibility for implementation remains with you, the taxpayer.

<u>Government inquiries</u>

This engagement does not include responding to inquiries by any governmental agency or tax authority. If your tax return is selected for examination or audit, you may request our assistance in responding to such inquiry. If you ask us to represent you, we will confirm this in a separate engagement letter and delineate how additional charges for this service will be calculated.

<u>Timing of the Engagement</u>

We expect to begin the preparation of your returns upon receipt of the all tax documents requested. If your return is electronically filed, our services will conclude upon the earlier of the filing and acceptance of your tax returns by the appropriate taxing authorities or one year from the execution date of this letter. You may be required to verify and sign a completed Form 8879, IRS e-file Signature Authorization, and/ or State Equivalent Authorization Form before your returns can be filed electronically. You are responsible for reviewing the accuracy of all tax returns and any accompanying schedules and statements prior to filing.

If your return is manually filed, our services will conclude upon the earlier of delivery to you of your tax returns for your review and filing with the appropriate taxing authorities or one year from the execution date of this letter.

<u>Extensions of Time to File Tax Returns</u>

It may become necessary to apply for an extension of the filing deadline if there are unresolved tax issues or delays in processing, or if we do not receive all of the necessary information from you on a timely basis. Applying for an extension of time to file may extend the time available for a government agency to undertake an audit of your return or may extend the statute of limitations to file a legal action. All taxes owed are due by the original filing due date. Additionally, extensions may affect your liability for penalties and interest or compliance with government or other deadlines.

<u>Penalties and Interest Charges</u>

Federal, state, and local taxing authorities impose various penalties and interest charges for non-compliance with tax law, including, for example, failure to file or late filing of returns, and underpayment of taxes. You, as the

Michael and Jillian Carnevale                                          Compass CPAs & Advisors, LLC

taxpayer remain responsible for the payment of all taxes, penalties, and interest charges imposed by taxing authorities. We rely on the accuracy and completeness of the information you provide to us in connection with the preparation of your tax returns. Failure to disclose or inadequate disclosure of income or tax positions can result in the imposition of penalties and interest charges.

Fees and Billings

Our professional fee for the services outlined above is based upon the complexity of the work to be performed, our professional time, plus out-of-pocket expenses. Our fee is dependent on the timely delivery, availability, quality, and completeness of the information you provide to us. You will be billed based upon time incurred at $225 per hour. Payment of a non-refundable advance retainer of $1,500 is required.

If the information that you provide or we request is not submitted in a timely manner, or it is incomplete or unusable, we reserve the right to delay services and charge additional fees and expenses.

We will bill you for our professional fees and out-of-pocket costs as of the date we deliver our work product to you. Payment is due immediately upon receipt of invoice. If payment is not received within 15 days of invoice receipt, we reserve the right to assess interest charges of 15% (per annum) on the unpaid balance. We reserve the right to suspend or terminate our work due to non-payment of fees. If our work is suspended or terminated, you agree that we will not be responsible for your failure to meet governmental and other deadlines, for any penalties or interest that may be assessed against you resulting from your failure to meet such deadlines, and for any other damages (including but not limited to consequential, indirect, lost profits, or punitive damages) incurred by you as a result of the suspension or termination of our services.

Electronic Data Communication and Storage and Use of Third-Party Administrative Services

In the interest of facilitating our services to you, we may send data over the Internet, store electronic data via computer software applications hosted remotely on the Internet, or allow access to data through third party vendors' secured portals or clouds. Your confidential electronic data may be transmitted or stored using these methods. We may use third party service providers to store or transmit this data, such as providers of tax return preparation software. In using these data communication and storage methods, our firm employs measures designed to maintain data security. We use reasonable efforts to keep such communications and data access secure in accordance with our obligations under applicable laws and professional standards. We require our third-party vendors to do the same.

You recognize and accept that we have no control over the unauthorized interception or breach of any communications or data once it has been sent or has been subject to unauthorized access, notwithstanding all reasonable security measures employed by us or our third-party vendors. You consent to our use of these electronic devices and applications and submission of confidential client information to third party service providers during this engagement.

Termination and Other Terms

Page 5 | 7

Locations in
Sunny Isles Beach • Fort Lauderdale • Lake Worth Beach                    Initials

Michael and Jillian Carnevale                                                                 Compass CPAs & Advisors, LLC

You agree that any claim arising out of this engagement letter shall be made within one year of the conclusion of our services as described in Timing of the Engagement, regardless of any longer period of time for commencing such claims as may be set by law. Claim is understood to be a demand for money or services, the service of a suit, or the institution of arbitration proceedings against the Firm.

Any controversy or claim arising out of or relating to this Agreement, the breach thereof or performance or breach of performance by Firm in their representation of Client, shall be settled through binding arbitration by an attorney who will listen to the presentation of both parties. Said attorney shall be from Broward County, Florida and certified by the Florida Supreme Court as an arbitrator. The decision of the arbitrator shall be binding, final and conclusive and judgment on the award rendered by arbitration may be entered in any Court having jurisdiction of the parties and subject matter. If the parties are unable to agree as to the arbitrator, the Court will make the determination upon proper notice by the parties. Both Firm and Client agree that the party prevailing in any arbitration shall be entitled to recover from the non-prevailing party its reasonable attorney's fees and costs, including fees and costs which might be incurred in litigation related to the arbitration.

Any damages as may be found against Firm as a result of disputes under this Agreement (regardless of the form of action, whether in contract, tort or otherwise) are specifically limited to the amount of fees paid to Firm under this Agreement. In no event shall Firm be liable for consequential, general, special, incidental or punitive loss, damage or expense including, without limitation, lost profits or opportunity costs, even if Firm has been advised of their possible existence.

We reserve the right to withdraw from the engagement without completing services for any reason, including, but not limited to, failure of client to provide requested data, and/or non-payment of billed fees, etc.

At the completion of our engagement, the original source documents will be returned to you. Workpapers and other documents created by us are our property. Such original workpapers will remain in our control, and copies are not to be distributed without our prior written consent.

You may request that we perform additional services not contemplated by this engagement letter. If this occurs, we will communicate with you regarding the scope and estimated cost of these additional services. Engagements for additional services may necessitate that we amend this letter or issue a separate engagement letter to reflect the obligations of both parties. In the absence of any other written communications from us documenting additional services, our services will be limited to and governed by the terms of this engagement letter.

If any portion of this engagement letter is deemed invalid or unenforceable, such a finding shall not invalidate the remainder of the terms set forth in this engagement letter.

<u>Entire Agreement</u>

This engagement letter, including any attachments, encompasses the entire agreement of the parties and supersedes all previous understandings and agreements between the parties, whether oral or written. Any modification to the terms of this engagement letter must be made in writing and signed by both parties.

Michael and Jillian Carnevale                                          Compass CPAs & Advisors, LLC

We appreciate the opportunity to be of service to you. Please date and sign this engagement letter and return it to us to acknowledge your agreement with its terms. It is our policy to initiate services only after we receive the executed engagement letter, as well as the advance retainer requested.

Very truly yours,

Steven Samuels CPA, Partner


SUBMITTED BY: Compass CPAs & Advisors, LLC        ACCEPTED BY: Client

Steven Samuels CPA, Partner                       JM Fitness LLC
347 N New River Drive East, PH 6                  Michael Carnevale
Fort Lauderdale, FL 33301                         7067 West Broward Blvd.
                                                  Plantation, FL  33317

By: Steven Samuels CPA, Partner                   By: Michael Carnevale

Date: 3/25/20                                     Date: 3/25/2020


                                                  JM Fitness LLC
                                                  Jillian Carnevale
                                                  7067 West Broward Blvd.
                                                  Plantation, FL  33317

                                                  By: Jillian Carnevale

                                                  Date: 3/25/2020

Page 7 | 7