

**ORDERED in the Southern District of Florida on April 7, 2020.**

*[signature]*

**Scott M. Grossman, Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov**

**IN RE:**

JM FITNESS, LLC.                                            Case No. 20-13257-SMG

      Debtor-in-Possession,
_____/

**ORDER APPROVING
DEBTOR-IN-POSSESSION'S APPLICATION FOR EMPLOYMENT
OF COMPASS CPAs & ADVISORS LLC AS ACCOUNTANTS
FOR DEBTOR EFFECTIVE AS OF MARCH 10, 2020 (DE 19)**

      **THIS MATTER** came before the Court upon the Debtor's *Application for Employment of Compass CPAs & Advisors LLC as Accountants for Debtor* (the "Application") (DE 69), and the Affidavit of Steven M. Samuels, CPA, on behalf of Compass CPAs & Advisors LLC, as Proposed Accountant for Debtor (the "Affidavit") attached to the Application as Exhibit "A".

      The Application requests entry of an Order approving the Debtor's employment of Steven M. Samuels, CPA on behalf of Compass CPAs & Advisors LLC as Accountants for the  Debtor .

The Court has jurisdiction over the matters raised in the Application pursuant to 28 U.S.C. §157(b)(2)(A). The relief requested in the Application is in the best interests of the Debtor, its estate, and its creditors. The Affidavit makes relevant disclosures as required by Federal Rules of Bankruptcy Procedure 2014 and 2016 (the "Bankruptcy Rules"). The Affidavit contains a verified statement as required by Bankruptcy Rule 2014 demonstrating that Steven M. Samuels, CPA on behalf of Compass CPAs & Advisors LLC, are disinterested as required by 11 U.S.C. §327(a). Pursuant to 11 U.S.C. §327(a), Bankruptcy Rule 2014(a), and Local Rule 2014-1(A), the Court is authorized to grant the relief requested in the Application. Upon the record herein, and after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein.

Accordingly, it is hereby **ORDERED**:

1. The Application is **APPROVED.**

2. The employment of Steven M. Samuels and Compass CPAs & Advisors LLC as Accountants for the Debtor in this Chapter 11 case is **APPROVED** pursuant to 11 U.S.C. §327(a), on a final basis.

3. The employment of Steven M. Samuels and Compass CPAs & Advisors LLC as Accountants for the Debtor is effective as of March 10, 2020.

4. Steven M. Samuels and Compass CPAs & Advisors shall apply for compensation and reimbursement of costs, pursuant to 11 U.S.C. §§330 and 331, at its ordinary rates, as they may be adjusted from time to time, for services rendered and costs incurred on behalf of the Debtor.

5. Steven M. Samuels and Compass CPAs & Advisors a maximum of $225.00/hour for accountants for the preparation of tax returns, financial statements, Quickbooks accounting, Monthly Operating Reports and any other documents necessary for the Debtor's Chapter 11

bankruptcy case.

      6.     This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

# # #

Order Submitted by:

Chad T. Van Horn, Esq.
VAN HORN LAW GROUP, P.A.
330 N. Andrews Ave., Suite 450
Fort Lauderdale, Florida 33301
(954) 765-3166
(954) 756-7103 (facsimile)
Chad@cvhlawgroup.com

*(Attorney Van Horn is directed to serve a conformed copy of this Order on all appropriate parties and file a certificate of service in connection therewith.)*